September 16, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

TONY'S BBQ AND STEAKHOUSE, Appellant

NO. 14-14-00611-CV                    V.

CARNES ENGINEERING, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 11, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Tony's BBQ and Steakhouse.

We further order this decision certified below for observance.